**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6216

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DONAVON DEWAYNE CRAWFORD,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:12-cr-00039-WO-1)

Submitted:  August 28, 2025                                        Decided:  September 2, 2025

Before GREGORY, QUATTLEBAUM, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donavon Dewayne Crawford, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donovan Dewayne Crawford appeals the district court's order granting partial relief on Crawford's motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A). We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *United States v. Crawford*, No. 1:12-cr-00039-WO-1 (M.D.N.C. Feb. 7, 2024). We deny Crawford's request, contained in his informal brief, to voluntarily dismiss this appeal and remand the case to the district court so that he may amend his motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*